IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16–cv–02463–PAB–MLC

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

INFINEX VENTURES, INC. and
RONALD SALEM,

    Defendants.

## JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58 and 55(b)(2), the following Judgment is hereby entered.

Pursuant to the Order [Docket No. 26] of United States District Judge Philip A. Brimmer entered on June 14, 2018, it is

ORDERED that plaintiff's Motion for Final Judgement [Sic] Including Penalties Against Infinex Ventures, Inc. and Ronald Salem [Docket No. 21] is GRANTED. It is further

ORDERED that default judgment shall enter in favor of plaintiff Securities and Exchange Commission and against defendant Infinex Ventures, Inc. It is further

ORDERED that judgment shall enter in favor of plaintiff Securities and Exchange Commission and against defendant Ronald Salem. It is further

ORDERED that, pursuant to Section 20(d) of the Securities Act [15 U.S.C. § 77t(d)], defendant Ronald Salem shall pay a civil penalty in the amount of $155,000 to the Securities and Exchange Commission. It is further

2

ORDERED that post judgment interest shall accrue at the legal rate of 2.31% from the date of entry of judgment. It is further

ORDERED that plaintiff is awarded its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 15th day of June, 2018.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By s/ S. Grimm
  Deputy Clerk

2